**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-6588**

───────────────

In Re:  ALBERT CHARLES BURGESS, JR.,

                                        Petitioner.


───────────────

On Petition for Writ of Mandamus.  (CR-92-217)

───────────────

Submitted:  May 30, 2002          Decided:  June 10, 2002

───────────────

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

───────────────

Petition dismissed by unpublished per curiam opinion.

───────────────

Albert Charles Burgess, Jr., Petitioner Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Albert Charles Burgess, Jr., has filed a petition for a writ of mandamus, seeking to compel the district court to rule on his motion to recuse the district court judge. Because the district court has disposed of Burgess' motion, we dismiss the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED